### PANAMA R. CO. v. ROBERT.

(Circuit Court of Appeals, Fifth Circuit. March 24, 1919.)

#### No. 3322.

In Error to the District Court of the Canal Zone; Wm. H. Jackson, Judge. Action by Evelina Robert against the Panama Railroad Company. Judgment for plaintiff, and defendant brings error. Affirmed.

Frank Feuille, of Ancon, C. Z., and Walter F. Van Dame, of Balboa Heights, C. Z., for plaintiff in error.

Stevens Ganson, of Panama, R. P., for defendant in error.

Before PARDEE, WALKER, and BATTS, Circuit Judges.

PER CURIAM. So far as the questions presented for decision are concerned, there is no material difference between this case and the case of Panama Railroad Co. v. Curran (U. S. Circuit Court of Appeals, 5th Circuit, present term) 256 Fed. 768, —— C. C. A. ——. Following that decision, the judgment in this case is affirmed.